**IN RE: Lawrence A. ELLIS, Appellant**

2016-2372

United States Court of Appeals,
Federal Circuit.

December 13, 2017

MICHAEL LAWRENCE OLIVERIO, Polsinelli PC, Boston, MA, argued for appellant.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN

K. KELLEY, THOMAS W. KRAUSE, MONICA BARNES LATEEF.

(Moore, O'Malley, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**